Seventh Circuit denied. *Mr. Alfred S. Austrian* and *Mr. John B. Daish* for petitioner. No appearance for respondent.

---

No. 773. CORN PRODUCTS REFINING COMPANY, PETITIONER, *v.* GEORGE F. HARDING ET AL. April 12, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Levy Mayer* and *Mr. John B. Daish* for petitioner. *Mr. George F. Harding* for respondents.

---

No. 788. EAGLE OIL COMPANY ET AL., PETITIONERS, *v.* VACUUM OIL COMPANY. April 12, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. Eugene Mackey* and *Mr. Cornelius D. Scully* for petitioners. *Mr. C. Schuyler Davis* and *Mr. Howard L. Osgood* for respondent.

---

No. 789. CORN PRODUCTS REFINING COMPANY, PETITIONER, *v.* ROBERT KING. April 12, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. John B. Daish* for petitioner. *Mr. Lindorf O. Whitnel* for respondent.

---

No. 768. BROWN-KETCHAM IRON WORKS, PETITIONER, *v.* BANK OF COMMERCE & TRUST COMPANY ET AL. April 19, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Caruthers Ewing* for petitioner. *Mr. J. W. Canada* for respondents.